UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| STACEY JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 1:20-cv-00388-DRL-SLC |
| v. | ) | |
| | ) | |
| CITY OF FORT WAYNE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, by counsel, and Defendant, by counsel, hereby stipulate and agree that all claims in this cause of action should be dismissed with prejudice. The parties further stipulate and agree that no motion for costs and/or attorneys' fees will be brought by Plaintiff or Defendant with regard to the claims now dismissed herein, as each party will bear its own fees and costs.

Date: December 15, 2021

| | |
|---|---|
| AMBER K. BOYD<br>ATTORNEY AT LAW | BECKMAN LAWSON, LLP |
| By:/s/ *Amber K. Boyd*<br>Amber K. Boyd, #31235-49<br>amber@amberboydlaw.com<br>8510 Evergreen Ave.<br>Indianapolis, IN 46240<br>Telephone: (317)210-3416<br>Facsimile: (317)663-0972<br>ATTORNEY FOR PLAINTIFF,<br>STACEY JENKINS | By: /s/ *Gary D. Johnson*<br>Gary D. Johnson, #16082–03<br>gjohnson@beckmanlawson.com<br>201 W. Wayne St.<br>Fort Wayne, IN 46802<br>Telephone: (260) 422–0800<br>Facsimile: (260) 420–1013<br>ATTORNEYS FOR DEFENDANT,<br>CITY OF FORT WAYNE |